UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCINE KAUFFMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>ANCHOR BANK,<br><br>                Defendant. | CASE NO. 14-5510 RJB<br><br>ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the Plaintiff's unopposed Motion to Extend Deadlines. Dkt. 24. The Court has reviewed the pleadings filed regarding the motion, and the remaining record.

Plaintiff, pro se, filed this case on June 27, 2014. Dkt. 1. The case arises from a construction loan on property located in Ocean Shores, Washington. Dkt. 1. Her motion for emergency injunctive relief barring Defendant from foreclosing on the property was denied. Dkt. 6. Plaintiff's motion for application for entry of default was denied on July 30, 2014 (Dkt. 10) and her motion for reconsideration of that motion was denied on August 7, 2014 (Dkt. 18) after Defendant appeared.

1     Plaintiff now moves, unopposed, for an extension of the case deadlines of sixty to ninety
2  days due to heart surgery.  Dkt. 24.
3     Plaintiff's motion (Dkt. 24) should be granted.  The Clerk of the Court should set
4  deadlines in this case using a September 28, 2015 trial date.
5     **IT IS SO ORDERED**.
6     The Clerk is directed to send uncertified copies of this Order to all counsel of record and
7  to any party appearing *pro se* at said party's last known address.
8     Dated this 16th day of March, 2015.

                                ROBERT J. BRYAN
                                United States District Judge